UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Ricky Dean Green
      Denise Ann Green           :           Case #: 04-59179

                                      :           Chapter 13

                                      :           Judge Caldwell

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: May 11, 2010                        /s/ Frank M. Pees_____
                                                    Frank M. Pees
                                                    Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| Conseco | $375.00 |
| 332 Minnesota St #510 | |
| Saint Paul, Minnesota  55101 | |