UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Ricky Dean Green
       Denise Ann Green              :            Case #: 04-59179

                                          :            Chapter 13

                                          :            Judge Caldwell

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to 11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated: May 11, 2010                              /s/ Frank M. Pees
                                                          Frank M. Pees
                                                          Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| Microsoft | $4.33 |
| PO Box 12609 | |
| Tucson, Arizona  85732-2609 | |