UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Ricky Dean Green
        Denise Ann Green        :        Case #: 04-59179

        :        Chapter 13

        :        Judge Caldwell

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to 11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated: May 11, 2010        /s/ Frank M. Pees
        Frank M. Pees
        Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| New Century Physicians Inc. | $13.25 |
| PO Box 631400 | |
| Cincinnati, Ohio  45263 | |