UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Ricky Dean Green
       Denise Ann Green        :        Case #: 04-59179

                                        :        Chapter 13

                                        :        Judge Caldwell

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: May 11, 2010                            /s/ Frank M. Pees_____
                                                            Frank M. Pees
                                                             Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| Spine Sports Industrial Rehab | $40.50 |
| PO Box 519 | |
| Lancaster, Ohio  43130 | |